J. J. Johnson, Plaintiff in Error, vs. George Verrault and
    J. T. Whiting late partners as Varrault & Whiting,
    Defendants in Error.

Writ of error to Circuit Court, Escambia county;
William D. Barnes, Judge.

Jno. B. Jones (with whom was C. H. Laney on the brief) for Plaintiff in Error.

Blount & Blount, for Defendants in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*